IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:25-00136-TFM-N |
| | ) |
| ALI ANTONIO TORRES BARAHONA | ) |
| Defendant. | ) |

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

The Defendant, **ALI ANTONIO TORRES BARAHONA**, by consent appeared along with his counsel of record, Colin Fitzpatrick, before the undersigned Magistrate Judge on July 18, 2025, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Defendant entered a plea of guilty to Count One of the Indictment, charging a violation of Title 8, United States Code, Section 1326(a), Illegal Reentry.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the undersigned has determined that the guilty plea was made knowingly and voluntarily and that the offenses charged in the Indictment are supported by an independent basis in fact as to each of the essential elements of such offense. The undersigned Magistrate Judge therefore **RECOMMENDS** that the plea of guilty be accepted and that the Defendant, **ALI ANTONIO TORRES BARAHONA**, be adjudged guilty and have sentence imposed accordingly. Defendant's sentencing hearing before United States District Judge

Terry F. Moorer is set for **August 7, 2025** **at 9:30 a.m.(CST)**, pending the adoption of this Report and Recommendation.

This matter, Case No. 25-CR-136-TFM-N, has been designated as **"FAST TRACK"** pursuant to the parties' joint request. At the hearing before the undersigned, the parties formally <u>waived</u> the standard fourteen-day period for filing objections to this Report and Recommendation and respectfully request that the District Judge accept the plea of guilty.

**DONE** this the 21st Day of July 2025.

/s/ Katherine P. Nelson
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**